UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LIGHTNING OILFIELD SERVICES, INC.,**

   Plaintiff,

v.   No. 4:23-cv-01246-P

**UNITED STATES OF AMERICA,**

   Defendant.

### ORDER

Before the Court is the Parties' Joint Motion for Temporary Stay of Proceedings. Having considered the Motion and applicable law, the Court **GRANTS** the Motion.

Therefore, the Court **ORDERS** that all proceedings and deadlines, other than those necessary to complete the settlement consideration process, previously entered in the scheduling order are hereby **STAYED** pending government approval of Plaintiff's proposed settlement agreement. ECF No. 10.

It if further **ORDERED** that all proceedings and deadlines will be stayed for a period of 60 days from the entry of this Order. At the conclusion of this stay, the Parties are to file a status report advising the Court of the status of the settlement or an Agreed Stipulation of Dismissal.

**SO ORDERED** on this **16th day** of **September 2024.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE