UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LIGHTNING OILFIELD SERVICES, INC.,**

   Plaintiff,

v.                                               **No. 4:23-cv-01246-P**

**UNITED STATES OF AMERICA,**

   Defendant.

## ORDER

Before the Court is the Parties' Joint Status Report. ECF No. 15. Having reviewed the Report, and in consideration of all other filings, the Court determines that the hearing scheduled for December 20, 2024, at 9:00 should be and hereby is **CANCELLED**.

The Court further **ORDERS** the Parties to file settlement papers **on or before January 20, 2025**. Failure to do so will result in the dismissal of this case for want of prosecution.

**SO ORDERED** on this **19th day of December 2024.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE